Dismissed and Memorandum Opinion filed March 1, 2007








Dismissed
and Memorandum Opinion filed March 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00655-CV

____________

 

LUCILLE GUBAS, Appellant

 

V.

 

CITY OF HOUSTON, Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 847901

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from the trial court=s order granting the City=s plea to the jurisdiction and motion
to dismiss signed June 28, 2006.  On February 21, 2007, the parties filed a
joint motion to dismiss the appeal in order to effectuate a compromise and
settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
1, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.